SAI
500 WESTOVER DR # 4514
SANFORD NORTH CAROLINA 27330-8941

7015 0640 0003 2299 0822

000001
T1 P1 ********************SNGLP
JUDGE CLAXTON
US DIST. CT. W.D. TN, W. DIV.
167 N MAIN ST
MEMPHIS TN 38103-1816



242

CHECKED BY X-RAY
SEP 15 2016

U.S. POSTAGE PITNEY BOWES
ZIP 60053
02 1H
0001402197 SEP 12 2016
$ 005.710