RECEIVED
2016 SEP 15 PM 1:58
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

**United States District Court for the
Western District of Tennessee, Western Division**

Shirley Cohen and Hannah Cohen
*Plaintiffs*

v.

TSA, MSCAA, and MIAPD                    Civil Action No.: 2:16-cv-02529
*Defendants*

---

Sai
*Intervenor*

## Motion for CM/ECF access

Intervenor respectfully moves, on the basis of the attached affidavit, for permission to use CM/ECF for filings relating to the intervention in this case, including as to filing a reply to any opposition to Intervenor's motion.

Respectfully submitted,
Sai, *intervenor pro se*
legal@s.ai
+1 510 394 4724 phone / +1 206 203 2827 fax
500 Westover Dr. #4514, Sanford, NC 27330

## United States District Court for the
## Western District of Tennessee, Western Division

Shirley Cohen and Hannah Cohen
*Plaintiffs*

v.

TSA, MSCAA, and MIAPD     Civil Action No.:  2:16-cv-02529
*Defendants*

---

Sai
*Intervenor*

## Affidavit

I hereby affirm under penalty of perjury, 28 U.S. Code § 1746, that:

1. I have routinely used CM/ECF since January 2014 with little difficulty, and am admitted to do so in the following courts, whose applicable CM/ECF training I have completed:

    a. D.C. Cir., Case No. 14-1005

    b. D. D.C., Case Nos. 1:14-cv-403, 1:14-cv-1876

    c. 1st Cir., Case No. 15-2356

    d. N.D. CA., Case No. 3:16-cv-1024

2. I also have a PACER account.

3. I consent, and request, that I be served exclusively electronically, by CM/ECF or email.

4. I write all of my documents electronically.

5. Filing by paper necessarily harms the form and content of my filings (e.g. degrading readability, removing hyperlinks and PDF structure, preventing § 508 accessibility, etc.), as well as delaying their filing and imposing additional costs on me, thereby prejudicing me compared to electronic filers.



6. I have significant disabilities which cause difficulty accessing and using physical mail but do not apply to electronic documents.

7. Requiring me to be served by paper, rather than CM/ECF would impose entirely unnecessary costs on this Court, all parties, and myself, as well as degrading electronic documents, as above.

8. I have a computer, Internet and email access on a daily basis, and can e-file documents and receive notifications from this Court.

9. I do not anticipate having any exhibits for this case that are only in paper format, as my exhibits all either either originally digital or already scanned. The exhibit attached to my attached motion was originally in PDF format on my computer.

10. The documents that I file with this Court in paper format are sent via an online print-and-mail service (lob.com).

11. I have access to word-processing programs (Google Docs and NeoOffice), both capable of exporting to both PDF and Word .docx format files, as well as OSX Preview and Adobe Acrobat.

Respectfully submitted, and sworn under penalty of perjury,

Sai, *intervenor pro se*
legal@s.ai
+1 510 394 4724 phone / +1 206 203 2827 fax
500 Westover Dr. #4514, Sanford, NC 27330

## Certificate of service

I, Sai, hereby certify that I have served all attorneys of record listed on the docket in this case, listed below, a copy of this paper via email on September 8, 2016; and that they will be also served by CM/ECF upon the Clerk's entry of this paper on the docket.

*For Plaintiffs:*

| | |
|---|---|
| Kelly Eason Pearson | kellyeasonpearson@gmail.com |
| William G. Hardwick, II | wgh38119@yahoo.com |

*For Defendants MSCAA and MIAPD:*

| | |
|---|---|
| David I. Feigelson | dfeigelson@pf-law.net |
| James L. Cresswell, Jr. | jcresswell@pf-law.net |
| Logan Alexander Klauss | lklauss@pf-law.net |

*For Defendant TSA:*

| | |
|---|---|
| David Brackstone | david.brackstone@usdoj.gov |



41013357-000001-28-36-00