# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | | |
|---|---|---|
| HANNAH COHEN, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 16-cv-2529-SHL-cgc |
| MEMPHIS AND SHELBY COUNTY AIRPORT AUTHORITY, | ) | |
| Defendant. | ) | |

## JUDGMENT

**JUDGMENT BY COURT.**  This action having come before the Court on Plaintiff's Complaint (ECF No. 1), filed June 28, 2016,

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that, in accordance with the Order Granting Defendant's Motion for Summary Judgment (ECF No. 76), entered August 25, 2017, all claims by Plaintiff against Defendant are hereby **DISMISSED WITH PREJUDICE**.

APPROVED:


s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE


August 25, 2017
Date